# Third District Court of Appeal

## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-491
Lower Tribunal No. F14-20090

————————

**Ernesto Herrada-Cordova,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Ernesto Herrada-Cordova, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.